## 22098. WILKINS *v.* THE STATE.

LUKE, J. This case having been submitted subject to payment of costs, and it appearing that the costs have not been paid, the writ of error must be dismissed. Civil Code (1910), § 6341; *Knight* v. *Sou. Bell Tel. & Tel. Co.* 30 *Ga. App.* 90 (116 S. E. 547); *Crews* v. *State,* 27 *Ga. App.* 309 (108 S. E. 125); *Bowden* v. *Ga. Chemical Works,* 18 *Ga. App.* 54 (88 S. E. 749).

*Writ of error dismissed. Broyles, C. J., and Jenkins, P. J., concur.*

DECIDED APRIL 29, 1932.

*M. B. Eubanks,* for plaintiff in error.

*M. Neil Andrews,* solicitor-general, *Horace D. Shattuck,* contra.